# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE,
### AT CHATTANOOGA

| | | |
|---|---|---|
| CITIZENS TRI-COUNTY BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | No. 1:12CV126 |
| vs. | ) | |
| | ) | |
| SCOTTSDALE INSURANCE | ) | JURY DEMAND |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, Citizens Tri-County Bank and Scottsdale Insurance Company, by their respective attorneys, have notified the Court that all matters in controversy between the parties have been completely and finally compromised and settled. It is therefore,

ORDERED that the Complaint filed herein by Citizens Tri-County Bank, as well as any and all causes of action asserted therein or contemplated thereby, be and hereby are dismissed upon the merits and with full prejudice against any other or further action pursuant to Rule 41 of the *Federal Rules of Civil Procedure*. It is further ORDERED that each party shall bear their own costs

ENTER this _____ day of _____, 2012.

.

/s/ _____
CURTIS COLLIER,
UNITED STATES DISTRICT JUDGE

1

CONSENTED TO BY:

AUSTIN, DAVIS & MITCHELL
P.O. Box 666
Dunlap, TN 37327
By:  /s/ M. Keith Davis           .
     M. Keith Davis, BPR# 017328
     Attorney for Plaintiff


BAKER, KINSMAN, HOLLIS & CLELLAND, P.C.
701 Market Street, Suite 1500.
Chattanooga, TN  37402-4825
(423) 756-3333

By:  s/ N. Mark Kinsman
     N. Mark Kinsman, BPR #6039
     Attorneys for Scottsdale Insurance Company